21317.   MARQUES v. ROSS *et al.*

CANDLER, Justice.   Since no proper constitutional attack is made on the Summary Judgment Act of 1959 (Ga. L. 1959, p. 234), and this court does not for any other reason have jurisdiction of the cause, the writ of error must be and is hereby *Transferred to the Court of Appeals.   All Justices concur.*

ARGUED JULY 11, 1961—DECIDED JULY 24, 1961.

*G. Seals Aiken,* for plaintiff in error.

*Robt. R. Harlin, Powell, Goldstein, Frazer & Murphy, J. Winston Huff,* contra.